PARK ET AL. *vs.* EDGE.

[ACTION ON CONTRACT.]

1. *Action on contract against several defendants; when judgment must be against all.*—In an action on a contract against several defendants, where the pleas are joint by all, and no defense personal to any one, the recovery must be against all, or none.

APPEAL from the Circuit Court of Randolph.
Tried before Hon. JOHN HENDERSON.

ACTION on contract brought by Sarilda Edge against Moses Park, Gooden Adcock and Abner R. Hill, on the 9th day of January, 1866. The defendants pleaded, " severally and jointly : first, *non asumpsit*; second, payment; third, accord and satisfaction ; fourth, statute of limitations of three years." There was a verdict in favor of one of the defendants, and against the other two, and a judgment entered in accordance therewith. The defendants appealed.

WM. H. SMITH, for appellants.

C. D. HUDSON, *contra*.

A. J. WALKER, C. J.—In an action on a contract against several defendants, where the pleas are joint by all, and no defense personal to any one, the recovery must be against all or none. A judgment can not be had against a part of the defendants. It follows, that upon a verdict in favor of one of three defendants in this case and against the other two, no judgment could be rendered against the defendants.—1 Chitty on Pleading, 44 and 45 ; *Palmer v. Severance*, 10 Ala. 347 ; *Bussey v. Branch Bank of Montgomery*, 15 Ala. 216 ; *Keebles v. Ford and Vining*, 5 Ala. 183 ; *Turner v. Lazarus*, 6 ib. 875 ; *Gray v. White*, 5 Ala. 490 ; *Ivy v. Gamble*, 7 Porter, 545 ; *Tindall v. Collins*, 2 Porter, 17 ; *Sadler v. Houston*, 5 St. & P. 205 ; *Adkins v. Allen*, 1 St. 130 ; *Morrow v. People*, 25 Ill. 330.

Reversed and remanded.